JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATE CHIPLINSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KAO USA, INC.<br><br>Defendant. | CASE NO. 2:26-cv-03298-SVW-E (Removed from Superior Court of California, County of Los Angeles, Case No. 26STCV03975)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT<br><br>**State Action Filed:** February 3, 2026<br>**Removed:** March 27, 2026 |

The Court, having reviewed the Parties' Joint Stipulation to Remand Removed Action to State Court, and good cause appearing, hereby **ORDERS** the following:

1. The Action is **REMANDED** to the Los Angeles County Superior Court, Case No. 26STCV03975, to the department to which it was initially assigned.

//

//

1

2. Each Party shall bear its own attorneys' fees and costs incurred in connection with the removal and remand of this Action.

3. The Clerk of the Court is directed to take all steps necessary to effectuate the remand of this Action to the Los Angeles County Superior Court and to close this case.

**IT IS SO ORDERED.**

DATED: April 23, 2026          By: _____

Honorable Stephen V. Wilson
U.S. District Court Judge

[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT CASE NO. 2:26-cv-03298-SVW-E